Richard CAMPBELL, Movant, v. COMMON-WEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.
June 12, 1953.

Lewis & Weaver, of London, for movant.

J. D. Buckman, Jr., Atty. Gen., and Wm. F. Simpson, Asst. Atty. Gen., for opposed.

PER CURIAM.

Motion for an appeal from the Laurel Circuit Court by Richard Campbell from a judgment convicting him of selling whiskey in local option territory and fixing his punishment at a fine of $50 and confinement in the county jail for 30 days.

A consideration of the facts disclosed by the record and the authorities cited in the briefs discloses no error prejudicial to movant's substantial rights and the judgment is affirmed.